## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF THE HEAT AND FROST INSULATORS AND ALLIED WORKERS LOCAL UNION NO. 39;  INSULATORS AND ALLIED WORKERS LOCAL 39 MONEY PURCHASE PENSION PLAN; INSULATORS AND ALLIED WORKERS LOCAL 39 HEALTH AND WELFARE FUND; and JOHN HANSON, in his capacity as Chairman of the Board of Trustees of the Insulators and Allied Workers Local 39 Money Purchase Pension Plan and the Chairman of the Board of Trustees of the Insulators and Allied Workers Local 39 Health and Welfare Fund; | **8:26CV63** |
| | |
| **Plaintiffs,** | **ORDER TO SHOW CAUSE** |
| | |
| vs. | |
| | |
| **RIVER CITY THERMAL LLC,** | |
| | |
| **Defendant.** | |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which provides, "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiffs commenced this action on February 16, 2026.  (Filing No. 1).  On February 20, 2026, Plaintiffs filed Proof of Service purporting to show Defendant, River City Thermal LLC, was served with process on February 18, 2026, by delivery to the defendant's receptionist by a process server.  (Filing No. 11).  To date, Defendant has not filed any responsive pleading or otherwise appeared in this case, and Plaintiff has taken no further action.  Plaintiff has a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules, voluntarily dismiss the case, or take other action as appropriate.  Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action must be dismissed. Accordingly,

2

**IT IS ORDERED:** On or before **May 5, 2026**, Plaintiff must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 14th day of April, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge